UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-02629-Torres

UNITED STATES OF AMERICA
v.
SILVERIO HENRIQUEZ,
VICTOR MANUEL,
GIOVANI JOSE GONZALEZ, and
JEASON ALMONTE,
　　　　Defendants.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Michele S. Vigilance*
MICHELE S. VIGILANCE
Assistant United States Attorney
Court ID No.   A5502091
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-432-1406
Email: Michele.Vigilance@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SILVERIO HENRIQUEZ,<br>VICTOR MANUEL, GIOVANI JOSE GONZALEZ and<br>JEASON ALMONTE,<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 22-MJ-02629-Torres<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __March 30, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature* ID #1175

DEA TFO Lewis Hosch
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: April 12, 2022

*Judge's signature*

City and state: Miami, Florida

Hon. Edwin G. Torres, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Silverio HENRIQUEZ, Victor MANUEL, Giovani Jose GONZALEZ, and Jeason ALMONTE** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about March 30, 2022, a Custom Border Patrol (CBP) Maritime Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 140 nautical miles south of Isla Beata, Dominican Republic, in international waters, displaying no indicia of nationality, and upon the high seas. HNLMS FRIESLAND with embarked USCG Law Enforcement Detachment 109 (LEDET 109) was patrolling near the area and diverted to investigate. Once in the vicinity, FRIESLAND launched both of their small boats with Boarding Team (BT) embarked. Both small boats arrived on scene and the GFV became compliant with no surface use of force (SUF) employed.

4. The LEDT 109 boarding team observed packages onboard the GFV in plain view. They also found four (4) individuals on the GFV, who were identified as **Silverio HENRIQUEZ, Victor MANUEL, Giovani Jose GONZALEZ, and Jeason ALMONTE.** When asked, no one claimed to be the master or person in charge and all persons refused to make a claim of nationality for the vessel or themselves. With no claim nationality or indicia nationality, authorization was granted to treat the vessel as one without nationality and therefore subject to the jurisdiction of the United States.

5. The LEDT 109 boarding team recovered a total sea weight of approximately 500 kilograms of suspected cocaine. Two field tests were conducted on the contraband, which yielded positive results for cocaine. All four individuals, along with the suspected cocaine, were transferred to the HNLMS FRIESLAND.

6. Based on the foregoing facts, I submit that probable cause exists to believe that **Silverio HENRIQUEZ, Victor MANUEL, Giovani Jose GONZALEZ, and Jeason ALMONTE,** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
LEWIS HOSCH
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this \_\_12\_\_ day of April 2022.

_____
HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE